# Supreme Judicial Court for the Commonwealth of Massachusetts
## John Adams Courthouse
One Pemberton Square, Suite 1400, Boston, Massachusetts 02108-1724
Telephone 617-557-1020, Fax 617-557-1145

United States District Court
Office of the Clerk
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE:  No. SJC-12769

**KEVIN RICHARDSON, II**
    vs.
**THE UPS STORE, INC. & another**

Lower court information:

    Lower Court: Federal Court
    Docket No(s): 18-CV-12338-ADB

Route to SJC:    Direct Entry: Certified Question

## NOTICE OF ENTRY

Pursuant to Mass. R. A. P. 10(a)(3), you are hereby notified that, on July 15, 2019, the above-referenced case was entered on the docket of this court.

    Francis V. Kenneally, Clerk

Dated: July 15, 2019