# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN RICHARDSON II, and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>THE UPS STORE, INC. and J&V LOGISTICS LLC,<br><br>        Defendants. | Civil Action No. 1:18-CV-12338-ADB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

      Plaintiff Kevin Richardson II and Defendants The UPS, Store, Inc. and J&V Logistics LLC, by and through their undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 19, 2020

/s/ Bailey Buchanan
Orestes G. Brown (BBO No. 566431)
Bailey Buchanan (BBO No. 651966)
Metaxas Brown Pidgeon LLP
900 Cummings Center
Suite 207T
Beverly, MA 01915
Tel: (978) 927-8000

*Counsel for Plaintiff*

Dated:  November 19, 2020

/s/ Paul B. Lewis
Paul B. Lewis (BBO No. 560228)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Tel: (617) 406-6000

*Counsel for The UPS Store, Inc.*

Dated:  November 19, 2020

/s/ Nicholas Scobbo, Jr.
Nicholas J. Scobbo, Jr. (BBO No. 448900)
Ferriter Scobbo & Rodophele PC
Suite 2611
125 High Street
Boston, MA 02010
Tel: (617) 737-1800

*Counsel for J&V Logistics LLC*

## [PROPOSED] ORDER

This matter is before the Court on the Parties' Stipulation and [Proposed] Order, IT IS HEREBY ORDERED that Plaintiff Kevin Richardson II's claims against Defendants The UPS Store, Inc. and J&V Logistics LLC in this action are dismissed in their entirety with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATED: _____, 2020             _____
                                          Honorable Allison D. Burroughs
                                          United States District Judge

## CERTIFICATE OF SERVICE

  I, Paul B. Lewis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 19, 2020, and there are no non-registered participants.

                <u>/s/ Paul B. Lewis</u>
                Paul B. Lewis